IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

```
Michelle R. Southard,               )
Social Security No. XXX-XX-7455     )
                                    )    Civil No. 3:07-cv-90
               Plaintiff,           )
                                    )
      vs.                           )
                                    )
Michael J. Astrue                   )
Commissioner of Social Security,    )
                                    )
               Defendant.           )
```

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are Defendant's Motion for Summary Judgment (doc. #22) and Plaintiff's Motion for Summary Judgment or in the Alternative for Remand (doc. #16 and #19). The Court has received a Report and Recommendation by the Honorable Karen K. Klein, United States Magistrate Judge (doc. #30), recommending Defendant's Motion for Summary Judgment be granted and Plaintiff's Motion for Summary Judgment or Motion for Remand be denied. Neither party has filed objections to the Report and Recommendation, and the period for doing so has elapsed.

Therefore, upon careful review of these items and the entire file, this Court finds the Magistrate Judge's Recommendations to be correct and hereby adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion for Summary Judgment

is **GRANTED**, and Plaintiff's Motion for Summary Judgment or Motion for Remand is **DENIED**.

    **IT IS SO ORDERED**.

Dated this 19th day of August, 2008.

/s/ Rodney S. Webb
RODNEY S. WEBB, District Judge
United States District Court